08/24/2009  15:28    2138944689                    8TH FLR FPD TRIAL   FILED   PAGE  02/02

COPY

SEP 1 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____  DEPUTY

1:09mj00121 GJA

1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   REUVEN L. COHEN (No. 231915)
3  Deputy Federal Public Defender
   (E-mail: Reuven_Cohen@fd.org)
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone (213) 894-4454
   Facsimile (213) 894-0081
6
   Attorneys for Defendant
7  DEVYN DURHAM

8

9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11              WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,      )   CASE NO. F3932745-RCF
                                   )   2:08-tK-02745-URC-RCF
14            Plaintiff,           )   [PROPOSED] ORDER
                                   )   MODIFYING CONDITIONS OF
15      v.                         )   BOND
                                   )
16  DEVYN DURHAM,                  )
                                   )
17            Defendant.           )
                                   )
18  _____)

19      IT IS HEREBY ORDERED that the bond conditions in this matter be modified

20  to a personal recognizance bond and that the other terms of conditions be terminated.

21      IT IS FURTHER ORDERED that the cash deposit posted in this matter shall

22  be exonerated and returned to the surety.

23

24  DATED: August 18, 2009

25                                    THE HON. RITA COYNE FEDERMAN
                                      United States Magistrate Judge
26  Presented by:

27

28  REUVEN L. COHEN
    Deputy Federal Public Defender